AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>ECHOLS, ROBERT L | 2. Court or Organization<br><br>U.S.D.C., Middle Dist. of Tenn | 3. Date of Report<br><br>5/12/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - Active | 5. ReportType (check appropriate type)<br><br>● Nomination. Date<br><br>○ Initial  ⊙ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>801 BROADWAY, SUITE 824<br><br>NASHVILLE, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTOR | ESTATE #1 |
| 2. | DEAN'S CIRCLE | UNIV. OF TE____ESSEE COLLEGE OF LAW |
| 3. | BOARD OF DIRECTORS | FEDERAL JUDGES AS_OCIATION |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
2005 MAY 16 P 2:58
FINANCIAL
DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 5/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** – (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** – (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BANK OF AMERICA | MORTGAGE/INVESTMENT PROP/NAPLES,FL (Part VII, Line 7) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COM. STOCK, BANK OF AMERICA | A | Dividend | K | T | | | | | |
| 2. COM. STOCK, AMSOUTH CORPORATION | F | Dividend | P1 | T | | | | | |
| 3. COM. STOCK, FIRSTAR | A | Dividend | J | T | | | | | |
| 4. Parcel 1, Commerical Building, Nashville, TN | E | Rent | M | S | | | | | |
| 5. Eighth and Church Joint Venture | G | Distribution | | | | | | | See note in Part VIII |
| 6. ▬▬▬ LAND, DECHERD, TN | | None | M | W | | | | | |
| 7. CONDOMINIUM, NAPLES FL, (APPRAISAL J/96.50% INTEREST) | | None | M | ● | | | | | |
| 8. COM. STOCK, CENTRAL PARKING | A | Dividend | J | T | | | | | |
| 9. EQUITABLE LIFE INSURANCE CO. OF IOWA -- ANNUITY #1 | | None | K | T | | | | | |
| 10. EQUITABLE LIFE INSURANCE CO. OF IOWA -- A UIT #2 | | None | K | T | | | | | |
| 11. EQUITABLE LIFE INSURANCE CO. OF IOWA -- ANNUITY #3 | | None | L | T | | | | | |
| 12. EQUITABLE LIFE INSURANCE CO. OF IOWA -- ANNUIT #4 | | None | K | T | | | | | |
| 13. IRA #2 -- UBS FINANCIAL (formerly Paine Webber) | D | Dividend | O | T | | | | | |
| 14. - BRIGHT HORIZONS FAMILY SOLUTIONS | | | | | | | | | |
| 15. - UBS FINANCIAL MONEY FUND formerly Paine Webber Money Fund | | | | | | | | | |
| 16. - DELL, INC. | | | | | | | | | |
| 17. - CORRECTIONS CORP. OF AMERICA | | | | | | | | | |
| 18. - WALT DISNEY COMPANY | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    ● = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - TIME WARNER, INC. | | | | | | | | | |
| 20. - COCA COLA | | | | | | | | | |
| 21. - HOME DEPOT | | | | | | | | | |
| 22. - AMERICAN EXPRESS COMPANY | | | | | | | | | |
| 23. - CITIGROUP, INC. | | | | | | | | | |
| 24. - NUVEEN GLASS STEAGALL LONG TERM SECTOR PORTFOLIO | | | | | | | | | |
| 25. - NETWORK APPLIANCE, INC. | | | | | | | | | |
| 26. - NUVEEN ENERGY LONG-TERM SECTOR PORTFOLIO | | | | | | | | | |
| 27. - NUVEEN UTILITY LONG TERM 5 YEAR CASH | | | | | | | | | |
| 28. - NUVEEN AEROSPACE & DEFENSE LONG TERM CASH | | | | | | | | | |
| 29. - GENERAL ELECTRIC COMPANY | | | | | | | | | |
| 30. - ST PAUL TRAVELERS COS formerly Travelers Property Casualty | | | | | | | | | |
| 31. -PALMONE, INC. (X) | | | | | | | | | See note in Part VIII |
| 32. IRA -- WACHOVIA (formerly Prudential Securities) | C | Dividend | K | T | | | | | |
| 33. - JOHN HANCOCK REGIONAL BANK FUND | | | | | | | | | |
| 34. COM. STOCK, CHARLES SCHWAB | A | Dividend | J | T | | | | | |
| 35. COM. STOCK, INTERNATIONAL PAPER | A | Dividend | J | T | | | | | |
| 36. SECURITIES - UBS FINANCIAL (formerly Paine Webber) | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - UBS FINANCIAL MONEY FUND formerly Paine Webber MoneyFund | A | Dividend | J | T | | | | | |
| 38. - COM. STOCK, HOME DEPOT | A | Dividend | J | T | | | | | |
| 39. - COM. STOCK, GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 40. - COM. STOCK, WALMART | A | Dividend | J | T | | | | | |
| 41. - COM. STOCK, MCDONALDS | A | Dividend | J | T | | | | | |
| 42. - KNOX CO. TN HLTH EDL & HSG SER. | A | Dividend | M | T | | | | | |
| 43. IRA - PFS INVESTMENTS | B | Dividend | M | T | | | | | |
| 44. - AIM CONSTELLATION FUND | | | | | | | | | |
| 45. - AIM CHARTER FUND | | | | | | | | | |
| 46. - AIM VALUE FUND | | | | | | | | | |
| 47. RENTAL HOUSE, SPRINGFIELD, TN | D | Rent | L | R | | | | | |
| 48. COM. STOCK, EASTMAN KODAK CO. | A | Dividend | J | T | | | | | |
| 49. COM. STOCK, EXXON CORPORATION | A | Dividend | J | T | | | | | |
| 50. COM. STOCK, DOW CHEMICAL | A | Dividend | J | T | | | | | |
| 51. AMSOUTH ACCOUNTS | A | Interest | K | T | | | | | |
| 52. BANK OF AMERICA ACCOUNT | A | Interest | M | T | | | | | |
| 53. NASHVILLE BANK & TRUST ACCOUNTS (X) | A | Interest | M | T | OPENED | 10/07 | M | | See Note in Part VIII |
| 54. AIG ANNUITY BRIDGE ACCOUNT (X) | A | Interest | J | T | | | | | See Note in Part VIII |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ECHOLS, ROBERT L | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A -H) | Type (e.g. div, rent, or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 55. CONDOMINIUM - MEMPHIS, TN (X) | | None | L | S | | | | | See Note in Part VIII |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section 7, Line 4:
This parcel was assessed on January 1, 2001, with an assessed value of $104,840.  The assessed value is 40% of the appraised value, which is $262,100.

Section 7, Line 5:
As indicated on the previous report, the filer continued to receive a monthly distribution from the real estate partnership (Eighth and Church Joint Venture) for the sale of an asset on the 2002 report listed as Parcel 2, Commercial Building in Nashville, Tennessee.  On July 1, 2004, the final distribution was paid. The filer will receive no further income from this investment.

Section 7, Line 31:
Asset was exempt from disclosure on the previous report.

Section 7, Line 47:
The rental house in Springfield, Tennessee, was purchased in March 1997.  The purchase price was $76,000.

Section 7, Lines 53, 54:
Assests acquired through an inheritance.

Section 7, Line 55:
Asset acquired through an inheritance.  This property has an assessed value of $16,500.  The property is assessed at 25% of its value.  An adjustment of the assessed value results in a current value of $66,000. The property is currently listed on the market at a sales price of $69,900.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████████        Date  5/13/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544